

ORDERED in the Southern District of Florida on May 18, 2012.

Robert A. Mark, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: **LEOBEL DIAZ**  Case No: 10-49347-BKC-RAM
SSN XXX.XX.1854  Chapter 13
**DANIA DIAZ**
SSN XXX.XX.0930

_____Debtors_____/

### ORDER SUSTAINING DEBTORS' OBJECTION TO PROOF OF CLAIM OF HSBC BANK NEVADA, NA, ( BEST BUY CO., INC.) CLAIM NO. 14

**THIS CASE** came to be heard on April 12, 2011 at 9:00 A.M. on the Debtors' *Objection to Proof of Claim of HSBC Bank Nevada, NA, (Best Buy Co., Inc), Claim No. 14* and based on the record, it is

**ORDERED AND ADJUDGED** as follows:

1. The Debtors' Objection to the Proof of Claim of *HSBC Bank Nevada, NA, (Best Buy Co., Inc), Claim No. 14* (the "Claim") is **SUSTAINED**.

2. The Proof of Claim of Best Buy Co, Inc. shall be treated as wholly unsecured.

###

Copy to:
Sandra Navarro-Garcia, P.A., Esq., 7951 SW 40th Street, Suite 202 Miami, FL 33155.
Attorney Navarro-Garcia is directed to serve a copy of this order on all interested parties immediately upon receipt.