**U.S. Bankruptcy Court, Southern District of Florida - Undeliverable Notice, In re: Leobel Diaz, Case Number: 10-49347, RAM, Ref: [p-93817883]**    Tuesday, April 5, 2016 2:22 PM

From: "USBankruptcyCourts@noticingcenter.com" <USBankruptcyCourts@noticingcenter.com>
To: snglawcourt@yahoo.com

1 Files   16KB   Download All
PDF   16KB

B_P11049347CGFD400273.P

Save

Notice of Undeliverable Mail to Debtor/Debtor's Attorney
April 6, 2016
From: United States Bankruptcy Court, Southern District of Florida
Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Leobel Diaz, Case Number 10-49347, RAM
TO THE DEBTOR/DEBTOR'S ATTORNEY:
The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.
Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.
NOTE: No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.
If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:
    U.S. Bankruptcy Court
    Miami

Undeliverable Address:
Boost Mobile, LLC.
9060 Irvine Center Drive
Irvine, CA 92618
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:
6200 Sprint Parkway
Overland Park, KS 66251

_____   4-7-2016
Signature of Debtor or Debtor's Attorney    Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.